# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-9000-1
Owner: Duval County Ranch Company, L.L.C., *et al.*
Acres: 6.298

Being a 6.298 acre tract (274,323 sq ft) parcel of land, more or less, being out of a called 27.640 acres, out of a calculated 27.482 acres, in Starr County, Texas conveyed to Ociel Mendoza, Volume 1276, Page 711 and Duval County Ranch Company, LLC, Volume 1276, Page 266. Said parcel of land more particularly described by metes and bounds as follows;

Starting at COE Project control marker SR-03-2019, having the following NAD83 (2011) Grid Coordinates N=16628622.82, E=931356.63; Thence S 42°22'19" W a distance of 1112.01 feet to a found iron rod at a barbed wire fence corner, on the East line of the Ociel Mendoza tract, Volume 1252, Page 52 and on the West line of the Noel A. Guerra ET AL tract, Volume 726, Page 385, for the **Point of Commencement,** having the following coordinates: N=16627801.29, E=930607.20.

Thence: S 54°24'40" E departing said property line, to a barbed wire fence, a distance of 1323.24 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-1=9005-1 on the South line of the Irma R. G. Musallam & Imelda G. Munoz Trustship tract, Volume 938, Page 723 and on the North line of the Ociel Mendoza Tract 154, Volume 1276, Page 711, for the **Point of Beginning,** having the following coordinates: N=16627031.21, E=931683.28, said point being on the Western boundary of the parcel herein described;

Thence: S 80°30'08" E departing said Western boundary, along said barbed wire fence, along said property line, a distance of 234.96 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-2=9005-4 for angle, said point being the Southeast corner of the Irma R. G. Musallam & Imelda G. Munoz Trustship tract, Volume 938, Page 723 and the Northeast corner of the Ociel Mendoza Tract 154, Volume 1276, Page 711;

Thence: S 22°09'36" E along the East line of the Ociel Mendoza Tract 154, Volume 1276, Page 711, along said barbed wire fence, crossing the center of an existing 24 foot wide gravel road at 37 feet, a distance of 457.21 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-2A for a Point on Line;

## SCHEDULE C (Cont.)

**Thence:** S 22°09'36" E along said property line, along said barbed wire fence, a distance of 457.21 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-2B for a Point on Line;

**Thence:** S 22°09'36" E along said property line, along said barbed wire fence, a distance of 457.21 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-3=9007-2 for angle, said point being the Southeast corner of the Ociel Mendoza Tract 154, Volume 1276, Page 711 and the Northeast corner of the City of LA Grulla tract, Volume 527, Page 822;

**Thence:** N 80°29'57" W along said barbed wire fence, along the South line of the Ociel Mendoza Tract 154, Volume 1276, Page 711 and the North line of the City of LA Grulla tract, Volume 527, Page 822, a distance of 234.97 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-4=9007-1 for angle, said point being on the Western boundary of the parcel herein described;

**Thence:** N 22°09'36" W departing said barbed wire fence, departing said property line, along said Western boundary, a distance of 457.20 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-4A for a Point on Line;

**Thence:** N 22°09'36" W along said Western boundary, a distance of 457.20 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-4B for a Point on Line;

**Thence:** N 22°09'36" W along said Western boundary, crossing the center of an existing 10 foot wide gravel road at 81 feet, a distance of 457.20 feet returning to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract: RGV-RGC-9000-1
Owner: Duval County Ranch Company, L.L.C., *et al.*
Acres: 6.298

# SCHEDULE E

# **SCHEDULE E**

## ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-9000-1
Owner: Duval County Ranch Company, L.L.C., *et al.*
Acres: 6.298

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance recorded with Official Records of Starr County, Texas, volume 1276, page 711, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FORTY TWO THOUSAND, NINE HUNDRED AND THIRTY EIGHT DOLLARS AND NO/100 ($42,938.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Duval County Ranch Company, LLC**<br>Joe H. Fancher (Registered Agent)<br><br>New Braunfels, Texas 78132 | **RGV-RGC-9000-1**<br>Special Warranty Deed,<br>Document #2010-290937;<br>Recorded June 3, 2010,<br>Deed Records of Starr County |
| **Ociel Mendoza**<br><br>Rio Grande City, Texas 78582 | **RGV-RGC-9000-1**<br>Warranty Deed,<br>Document #2010-291037;<br>Recorded June 3, 2010,<br>Deed Records of Starr County |
| **Martha N. Mendoza**<br><br>Rio Grande City, Texas 78582 | **RGV-RGC-9000-1**<br>Warranty Deed,<br>Document #2010-291037;<br>Recorded June 3, 2010,<br>Deed Records of Starr County |
| **Department of the Treasury – Internal Revenue Service**<br>5450 Stratum Drive, Suite 150<br>Fort Worth, Texas 76137 | Federal Tax Lien;<br>Document #2019-352019;<br>Dated September 19, 2019;<br>Records of Starr County |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Room 201<br>Rio Grande City, TX 78582 | Tax Authority |