UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-265 |
| | § | |
| 6.298 ACRES OF LAND, MORE OR LESS, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING STAY OF CONDEMNATION PROCEEDINGS

Upon consideration of the Joint Unopposed Motion to Stay Condemnation Proceedings (Dkt. No. 28), the Court finds the Motion should be **GRANTED**.

Accordingly, it is **ORDERED** that these proceedings and all deadlines are stayed for sixty (60) days from the date of this order. This case remains set for a Motions hearing on August 13, 2021.

SO ORDERED this 7th day of June, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge

1 / 1