Case 7:20-cv-00265   Document 37   Filed on 09/16/21 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
September 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-265 |
| § | |
| 6.298 ACRES OF LAND, MORE OR § | |
| LESS, *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Before the Court is the Joint Stipulation of Revestment (Dkt. No. 36) entered by Plaintiff, the United States of America, and Defendants Ociel Mendoza and the Department of Treasury-Internal Revenue Service, in the above-styled condemnation action.

The unresolved tract in this case is a 6.298 acre tract of land identified as Tract RGV-RGC-9000-1 (hereinafter "Subject Property"), more or less, being out of a calculated 27.640 acres of land located in Starr County, Texas, all as more particularly described in the Complaint and Declaration of Taking filed in this matter. (Dkt. Nos. 1-2).

Pursuant to 40 U.S.C. § 3117, the United States may agree or stipulate to the revestment of condemned property to resolve condemnation cases.

On September 15, 2021, the parties filed their Joint Stipulation of Revestment (Dkt. No. 36), whereby the United States and Defendants Ociel Mendoza and the Department of Treasury-Internal Revenue Service jointly stipulated and agreed that all right, title, and interest acquired by the United States associated with or appurtenant to the Subject Property has been **REVESTED** in Defendant Ociel Mendoza as they existed immediately before the time of the filing of the Declaration of Taking, and title vesting in the United States. Defendant Ociel

Mendoza further accepted such **REVESTMENT** of the Subject Property.

Accordingly, pursuant to the Stipulation entered by the United States and Defendants Ociel Mendoza and the Department of Treasury-Internal Revenue Service, it is hereby **ORDERED AND ADJUDGED,** that all rights condemned or conveyed to the United States in the Subject Property, as described in the Declaration of Taking, have been **REVESTED** back to Defendant Ociel Mendoza.

It is further **ORDERED** and **ADJUDGED** that:

A. Pursuant to parties' agreement to disburse funds, the Court now **ORDERS** the Clerk of Court to **DISBURSE** the sum remaining in the Registry of the Court, i.e., forty-two thousand nine-hundred-thirty-eight dollars and 00/100 ($42,938.00), plus any accrued interest on this sum payable to the order of "F&A Officer, USAED, Fort Worth." The check shall reference Tract RGV-RGC-9000-1.

B. The parties shall be responsible for their own legal fees, costs, and expenses, including attorneys' fees, consultants' fees, and any other expenses or costs.

C. The parties shall take no appeal from any rulings or judgments made by the Court in this action, and the parties consent to the entry of all motions, orders, and judgments necessary to make this stipulated judgment.

D. This final judgment is binding on the heirs, trustees, executors, administrators, devisees, successors, assigns, agents, and representatives of the parties.

The United States is further **ORDERED** to record this Final Judgment and the Joint Stipulation of Revestment with the Official Records of Hidalgo County, Texas, so as to provide notice in the county deed records.

This case is terminated, and the Clerk of Court is instructed to close the case.

SO ORDERED this 16th day of September, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge

